# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**PAMELA VINCENT, et al.,**                    ]
                                               ]
            **Plaintiffs,**                    ]
                                               ]
        **v.**                                 ]        **Civil Action No.: 07-1442 (RJL)**
                                               ]        **Next Event:**
**ELI LILLY AND COMPANY,**                     ]
                                               ]
            **Defendant.**                     ]

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Brandon J. Levine of AARON M.

LEVINE & ASSOCIATES as counsel for plaintiffs PAMELA VINCENT and ADAM VINCENT

in the above-referenced matter.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES


 /s/ Brandon J. Levine
BRANDON J. LEVINE, #412130
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040
Fax: 202-833-8046