IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAMELA VINCENT, et al., | ] |
| | ] |
| Plaintiffs, | ] |
| | ] |
| v. | ] Civil Action No.: 07-1442 (RJL) |
| | ] Next Event: |
| ELI LILLY AND COMPANY, | ] |
| | ] |
| Defendant. | ] |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Steven J. Lewis of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs PAMELA VINCENT and ADAM VINCENT in the above-referenced matter.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES

 /s/ Steven J. Lewis
STEVEN J. LEWIS, #472564
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040
Fax: 202-833-8046