IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| PAMELA S. VINCENT, and<br>ADAM VINCENT,<br><br>    *Plaintiffs*,<br><br>v.<br><br>ELI LILLY AND COMPANY<br><br>    *Defendant*. | )<br>)<br>)<br>)<br>)<br>)    Case No.: 1:07-CV-01442-RJL<br>)    **Jury Demand**<br>)<br>)<br>)<br>) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.2 (d) of the Local Rules of this Court, Defendant Eli Lilly and Company moves the admission *pro hac vice* of the following counsel as an attorney for the Defendant in litigation in this Court:

Ericka L. Kleiman, Esq.
Shook, Hardy & Bacon, LLP
600 14th Street, NW, Suite 800
Washington, DC 20005
202.783.8400 Telephone
202.783.4211 Facsimile
ekleiman@shb.com

Ms. Kleiman is a member in good standing of the United States District Court for the District of Maryland. A certificate of good standing is filed contemporaneously herewith.

Therefore, Defendant respectfully requests that this Court execute the proposed order submitted herewith admitting Ericka L. Kleiman to practice before this Court, in this matter, as counsel for Defendant.

Dated: October 4, 2007

Respectfully submitted,

142591v1

/s/ Michelle R. Mangrum
Michelle R. Mangrum, D.C. Bar No. 473634
John Chadwick Coots, D.C. Bar No. 461979
Emily J. Laird, D.C. Bar No. 485890
SHOOK, HARDY & BACON, L.L.P
600 14TH Street, NW, Suite 800
Washington, D.C. 20005-2004
Phone: (202) 783 -8400
Fax: (202) 783-4211

and

David W. Brooks
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108
Phone: (816) 474-6550
Fax: (816) 421-5547

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

142591v1

## CERTIFICATE OF SERVICE

    I hereby certify that on the 4th day of October, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                                /s/ Michelle R. Mangrum
                                **Attorney for Defendant Eli Lilly and Company**

142591v1

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| PAMELA S. VINCENT, and<br>ADAM VINCENT,<br><br>    *Plaintiffs*,<br><br>v.<br><br>ELI LILLY AND COMPANY<br><br><br>    *Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Case No.: 1:07-CV-01442-RJL<br>)     Jury Demand |

**AFFIDAVIT OF ATTORNEY ERICKA L. KLEIMAN**

In support of the Motion for Admission Pro Hac Vice for Attorney Ericka L. Kleiman, I, the undersigned, on this __4 th__ day of October, 2007, state the following:

1. I hereby certify that there are no grievances pending against me in any jurisdiction and that I have never been reprimanded, suspended, placed on inactive status, disbarred. I further certify that I have never resigned from the practice of law.

2. My current office address and telephone number is:

Ericka L. Kleiman, Esq.
Shook, Hardy & Bacon, LLP
600 14th Street, NW, Suite 800
Washington, DC 20005
202.783.8400 Telephone
202.783.4211 Facsimile
ekleiman@shb.com

3. I am currently admitted to the Maryland state bar as well as the U.S. District Court for the District of Maryland.

4. I have not appeared *pro hac vice* in this Court in the last two years.

5. My bar application to the District of Columbia is pending.

Respectfully,

_[signature]_

Ericka L. Kleiman
Shook, Hardy & Bacon L.L.P.
600 14th St., NW, Suite 800
Washington, DC 20005
(202) 783-8400

| | |
|---|---|
| DISTRICT OF | ) |
| | )ss. |
| <u>COLUMBIA</u> | ) |

On this <u>4</u> day of October, 2007, before me, a notary public in and for said state, personally appeared Ericka L. Kleiman, to me personally known, who being duly sworn, acknowledged that she had executed the foregoing instrument for purposes therein mentioned and set forth.

_[signature: Cherrell Y. Hinnant]_
NOTARY PUBLIC

My Commission Expires:
Cherrell Y. Hinnant
Notary Public, District of Columbia
My Commission Expires 5/14/2011

# Certificate of Good Standing



UNITED STATES OF AMERICA

DISTRICT OF MARYLAND

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland,

DO HEREBY CERTIFY that ERICKA L. KLEIMAN, ESQUIRE, BAR NUMBER 26929, was duly admitted to practice in the United States District Court for the District of Maryland on OCTOBER 11, 2002, and is currently in good standing as a member of the bar of this Court.

Dated at Greenbelt, Maryland

Date: JUNE 19, 2007

FELICIA C. CANNON
Clerk

Catherine Scaffidi - Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| PAMELA S. VINCENT, and<br>ADAM VINCENT,<br><br>    *Plaintiffs*,<br><br>v.<br><br>ELI LILLY AND COMPANY<br><br>    *Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Case No.: 1:07-CV-01442-RJL<br>**Jury Demand** |

## ORDER

IT IS ORDERED that, Ericka L. Kleiman, is admitted to practice pro hac vice, in the case mentioned above, before the United States District Court for the District of Columbia, as attorney for: Eli Lilly and Company.

Dated: October _____, 2007

_____
United States District Judge

142591v1