IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAMELA VINCENT, et al.,           ]
                                  ]
    Plaintiffs,            ]
                                  ]
v.                                ]   Civil Action No.: 07-1442 (RJL/AK)
                                  ]   Next Event: Telephonic Status Conference
ELI LILLY AND COMPANY,            ]       on December 21, 2007 at 11:30 a.m.
                                  ]
    Defendant.             ]

## [PROPOSED] AMENDED SCHEDULING ORDER

The parties suggest the following schedule:

March 28, 2008:   Deadline for plaintiffs to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

May 28, 2008:   Deadline for defendant to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

June 24, 2008:   10:30 a.m. Mediation Conference

July 28, 2008:   All Discovery Closed. The parties agree that experts may be deposed until the close of discovery.

August 28, 2008:   Deadline for filing Dispositive Motions.

October 2008:   Pre-Trial Conference.

*N.B.   In addition, Defendant Lilly proposes April 28, 2008 as the deadline for joinder or amending the pleadings.*

DATED: _____     _____
                                   ALAN DAY
                                   United States Magistrate Judge

|  |  |
|---|---|
|  | Respectfully submitted, |
| AARON M. LEVINE & ASSOCIATES | SHOOK, HARDY & BACON, L.L.P. |
| /s/ Aaron M. Levine | /s/ John Chadwick Coots (by permission-rm) |
| AARON M. LEVINE, #7864 | JOHN CHADWICK COOTS, #461979 |
| 1320 19th Street, N.W., Suite 500 | 600 14th Street, N.W., Suite 800 |
| Washington, DC 20036 | Washington, DC  20005-2004 |
| 202/833-8040 | 202-223-1200 |
| Fax: 202-833-8046 | Fax: 202-783-4211 |
| Counsel for Plaintiffs | and |
|  | David W. Brooks, Esq. |
|  | Jonathan H. Gregor, Esq. |
|  | SHOOK, HARDY & BACON, L.L.P. |
|  | 2555 Grand Boulevard |
|  | Kansas City, MO 64108 |
|  | 816-474-6550 |
|  | Fax: 816-421-5547 |
|  | Counsel for Defendant Eli Lilly and Company |

Dated: December 19, 2007