UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAMELA VINCENT, *et al.*,<br>    Plaintiffs,<br>    v.<br>ELI LILLY AND COMPANY,<br>    Defendant. | Civil Action No. 07-1442 (RJL/AK) |

## SCHEDULING ORDER

The Court having considered the Proposed Amended Scheduling Order submitted by counsel and a telephonic Scheduling Conference having been held on December 21, 2007, it is hereby

**ORDERED** that the parties will comply with the following schedule:

| | |
|---|---|
| Deadline for Pls.' expert designations and reports (Fed.R.Civ. P. 26(a)(2)) | March 28, 2008 |
| Deadline for joinder or amendment of pleadings | April 28, 2008 |
| Deadline for Def.'s expert designations and reports | May 28, 2008 |
| Mediation Conference (10:30 a.m. in room 2333) | June 24, 2008 |
| Close of all discovery (experts may be deposed until the end of discovery) | July 28, 2008 |
| Deadline for filing dispositive motions | August 28, 2008 |

Pre-Trial Conference date to be determined.

DATE: December 21, 2007                         _____/s_____
                                                ALAN KAY
                                                UNITED STATES MAGISTRATE JUDGE