IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAMELA VINCENT, et al., ] | |
| ] | |
| Plaintiffs, ] | |
| ] | |
| v. ] | Civil Action No.: 07-cv-01442 (RJL/AK) |
| ] | Next Event: Defendant's 26(a)(2) Due |
| ELI LILLY AND CO., ] | May 28, 2008 |
| ] | |
| Defendant. ] | |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

COME NOW the parties, by and through counsel, and jointly move the Court to enter an Order amending the December 21, 2007, Scheduling Order by a period of sixty (60) days, and as grounds therefor states:

1. This is a products liability/personal injury case arising from plaintiff Pamela Vincent's in utero exposure to diethylstilbestrol ("DES"). Among the injuries Ms. Vincent claims as a result of her *in utero* exposure to DES is infertility and the inability to carry a pregnancy to term.

2. Ms. Vincent delivered a baby boy on March 5, 2008, at approximately 31 weeks. Her son was hospitalized until April 18, 2008. As such, these additional medical records need to be ordered and reviewed to determine the cause of the prematurity, whether additional experts will need to be named and whether the Complaint will need to be amended to add a claim for the child.

3. For these reasons, the parties believe that the interests of justice and economy would best be served by amending the scheduling order of this matter as follows:

| | Present Deadline | Proposed Deadline |
|---|---|---|
| Plaintiffs' Expert Disclosures | 3/28/08 | 6/30/08 |
| Defendant's Expert Disclosures | 5/28/08 | 7/28/08 |

| | | |
|---|---|---|
| Mediation Conference | 6/24/08 at 10:30 a.m. | To be scheduled at the Court's earliest available date after 8/24/08 |
| Close of Discovery | 7/28/08 | 9/29/08 |
| Deadline for Dispositive Motions | 8/28/08 | 10/29/08 |

Pretrial Conference date to be determined.

4. A Proposed Amended Scheduling Order is attached hereto as Appendix No. 2.

5. No previous extensions have been requested in this matter.

WHEREFORE, the parties respectfully request the Court enter an Order amending the December 21, 2007, Scheduling Order as indicated.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES           SHOOK, HARDY & BACON, L.L.P.


 /s/ Aaron M. Levine                                          /s/ John Chadwick Coots (by permission-rm)
AARON M. LEVINE, #7864                          JOHN CHADWICK COOTS, #461979
1320 19th Street, N.W., Suite 500               600 14th Street, N.W., Suite 800
Washington, DC 20036                                 Washington, DC 20005-2004
202/833-8040                                                 202-223-1200
Fax: 202-833-8046                                         Fax: 202-783-4211
Counsel for Plaintiffs

and

David W. Brooks, Esq.
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
816-474-6550
Fax: 816-421-5547

Dated: May 5, 2008                                       Counsel for Defendant Eli Lilly and Company

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **PAMELA VINCENT, et al.,** | ] | |
| | ] | |
| **Plaintiffs,** | ] | |
| | ] | |
| v. | ] | Civil Action No.: 07-cv-01442 (RJL/AK) |
| | ] | Next Event: Defendant's 26(a)(2) Due |
| **ELI LILLY AND CO.,** | ] | May 28, 2008 |
| | ] | |
| **Defendant.** | ] | |

### [PROPOSED] ORDER

UPON CONSIDERATION of the Joint Motion to Amend Scheduling Order, and for good cause shown, it is this _____ day of _____, 2008,

ORDERED that the Motion be and hereby is GRANTED;

AND IT IS FURTHER ORDERED, that the December 21, 2007 Scheduling Order be amended as follows:

| | Present Deadline | Proposed Deadline |
|---|---|---|
| Plaintiffs' Expert Disclosures | 3/28/08 | 6/30/08 |
| Defendant's Expert Disclosures | 5/28/08 | 7/28/08 |
| Mediation Conference | 6/24/08 at 10:30 a.m. | To Court's earliest available date after 8/24/08: _____ |
| Close of Discovery | 7/28/08 | 9/29/08 |
| Deadline for Dispositive Motions | 8/28/08 | 10/29/08 |

_____
ALAN KAY
United States Magistrate Judge

|  |  |
|---|---|
|  | Respectfully submitted, |
| AARON M. LEVINE & ASSOCIATES | SHOOK, HARDY & BACON, L.L.P. |
| /s/ Aaron M. Levine<br>AARON M. LEVINE, #7864<br>1320 19th Street, N.W., Suite 500<br>Washington, DC 20036<br>202/833-8040<br>Fax: 202-833-8046<br><br>Counsel for Plaintiffs | /s/ John Chadwick Coots (by permission-rm)<br>JOHN CHADWICK COOTS, #461979<br>600 14th Street, N.W., Suite 800<br>Washington, DC 20005-2004<br>202-223-1200<br>Fax: 202-783-4211<br><br>and<br><br>David W. Brooks, Esq.<br>SHOOK, HARDY & BACON, L.L.P.<br>2555 Grand Boulevard<br>Kansas City, MO 64108<br>816-474-6550<br>Fax: 816-421-5547<br><br>Counsel for Defendant Eli Lilly and Company |

Dated: May 5, 2008