UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAMELA VINCENT, *et al.*,
        Plaintiffs,
  v.
ELI LILLY AND COMPANY,
        Defendant.

Civil Action No. 07-1442 (RJL/AK)

## AMENDED SCHEDULING ORDER

The parties having moved jointly to amend the December 21, 2007 Scheduling Order, and having shown good cause for such request, and the Court having considered the proposed Amended Scheduling Order submitted by counsel, it is hereby

**ORDERED** that the parties will comply with the following amended schedule:

| | |
|---|---|
| Deadline for Pls.' expert designations and reports (Fed.R.Civ. P. 26(a)(2)) | June 30, 2008 |
| Deadline for Def.'s expert designations and reports | July 28, 2008 |
| Mediation Conference (10:00 a.m. in room 2333) | August 26, 2008 |
| Close of all discovery (experts may be deposed until the end of discovery) | September 29, 2008 |
| Deadline for filing dispositive motions | October 29, 2008 |

Pre-Trial Conference date to be determined.

DATE: May 5, 2008                  _____/s/_____
                                                                    ALAN KAY
                                                                   UNITED STATES MAGISTRATE JUDGE